**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LEONA MARINO,**<br>     **PLAINTIFF,**<br>     V.<br>**CACAFE, INC., ET AL.,**<br>     **DEFENDANTS.** | **CASE NO.** 16-cv-06291-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY WITH STANDING ORDER** |

This Court's Standing Order In Civil Cases requires that, at case management conferences, "each party shall be represented at case management conferences by lead trial counsel or counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters in the CAND CMC Order and Civil L.R. 16-10(b)." (Standing Order in Civil Cases, ¶ 6.) The Standing Order further provides that:

> Failure to do so shall be considered grounds for sanctions. Because of the substantive discussions that occur during case management conferences, telephonic appearances are disfavored. The Court will grant requests to appear by telephone only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.

An initial case management conference in this matter was scheduled for March 6, 2017. Counsel appearing for defendant CACafe, Inc. was not lead trial counsel or counsel with the requisite authority.

Therefore, **WON KEE LEE (AKA DAN LEE)**, counsel for defendant CACafe, Inc., is **ORDERED TO SHOW CAUSE** why he should not be sanctioned in the amount of $200.00 for failure to comply with this Court's Standing Order.

A hearing on this Order to Show Cause will be held on **Friday, March 24, 2017,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, March 17, 2017**, **WON KEE LEE (AKA DAN LEE)** must file a written response to this Order to Show Cause. If the Court is satisfied with the response, it may vacate the hearing on the Order to Show Cause. Otherwise, **WON KEE LEE (AKA DAN LEE)** must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: March 8, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**