UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONA MARINO**,<br>          Plaintiff,<br>    v.<br>**CACAFE, INC.,** *ET AL.*,<br>          Defendants. | Case No.  16-cv-6291 YGR<br><br>**ORDER RE: OSC FOR SANCTIONS AGAINST WON KEE (DAN) LEE**<br><br>Re: Dkt. No. 40 |

The Court issued its OSC re: Sanctions against Counsel for CACafe, Inc. Won Kee (Dan) Lee (hereinafter, "Lead Counsel") for Failure to Comply with this Court's Standing Order on March 8, 2017.  (Dkt. No. 37.)  Lead Counsel filed his response to the OSC on March 16, 2017.  (Dkt. No. 42.)  The Court, having reviewed the response, **ORDERS** as follows:

The OSC hearing set for March 24, 2017, at 9:01 a.m. shall remain on calendar.  Lead Counsel fails to take adequate responsibility for his knowing failure to comply with the Court's Standing Order.  While the Court can appreciate family considerations, the same does not excuse counsel's conduct, since myriad alternatives exist, including a request to continue the conference.

Accordingly, the hearing shall remain on calendar and Lead Counsel shall appear in person.  Alternatively, counsel may pay the sanctions directly to the Court, and the hearing will be vacated upon proof of payment.

**IT IS SO ORDERED**.

Dated: March 17, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**