UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONA MARINO**, <br> Plaintiff, <br> v. <br> **CACAFE, INC.,** *ET AL.*, <br> Defendants. | Case No. 16-cv-6291 YGR <br><br> **ORDER DIRECTING DEFENDANT TO PROVIDE LAST KNOWN ADDRESSES FOR REMAINING PUTATIVE CLASS MEMBERS** <br><br> Re: Dkt. No. 70 |

The Court is in receipt of the Certification of Mailing of Curative Notices filed by Plaintiff (Dkt. No. 70.) In light of the information therein, the Court Orders as follows:

1. By no later than May 15, 2017, defendants shall provide the last known address for the eight putative class members as to whom it was represented "on information and belief" that no current mailing address is available.

2. Within five business days thereafter, Plaintiff's counsel shall mail the previously ordered curative notice to the last known address for these eight putative class members and file a certificate of mailing.

**IT IS SO ORDERED**.

Dated: May 9, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**