UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONA MARINO,

    Plaintiff,

v.

CACAFE, INC., et al.,

    Defendants.

Case No. 16-cv-06291-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | December 2018 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, January 25, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 1, 2019 |
| PRETRIAL CONFERENCE: | Friday, February 15, 2019 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, March 4, 2019 at 8:30 a.m. (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, January 25, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT

The parties must comply with both the Court's Standing Order in Civil Cases and Standing

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 27, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge