UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **LEONA MARINO**,<br>　　　　Plaintiff,<br>　v.<br>**CACAFE, INC.,** *ET AL.*,<br>　　　　Defendants. | Case No. 16-cv-6291 YGR<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR DEPOSITIONS OF THREE OPT-IN PLAINTIFFS**<br><br>Re: Dkt. No. 135 |

The Court has reviewed the parties' joint discovery letter brief, filed February 28, 2018. (Dkt. No. 135.)[1] Based upon the arguments therein and the record in this action, the Court **ORDERS** that Defendants' request to conduct full-day depositions of opt-in plaintiffs Chafino, Nisewander, and Harris is **GRANTED**. Plaintiff acted without a legal basis in attempting to impose unilaterally a limit of four hours, contrary to the parameters in Federal Rule of Civil Procedure 30. (*See* Fed. R. Civ. P. 30(a)(2), (d) (parties are limited to ten depositions, and a deposition is limited to one day of seven hours, unless otherwise ordered or stipulated)).

However, once those depositions are completed, the Court **ORDERS** that defendants are limited to no more than 56 additional hours of deposition of opt-in plaintiffs (*i.e.*, an additional 8 opt-in plaintiffs for 7 hours each, or an additional 14 opt-in plaintiffs for 4 hours each).

**IT IS SO ORDERED**.

This terminates Docket No. 135.

Dated: March 5, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Any future discovery letter brief filings must be e-filed on ECF properly under the ECF Civil Events category: Motions and Related Filings - Motions - General - Discovery Letter Brief.