UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONA MARINO**, <br> Plaintiff, <br> v. <br> **CACAFE, INC.,** *ET AL.*, <br> Defendants. | Case No. 16-cv-6291 YGR <br><br> **ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS FOR FAILURE TO COMPLY WITH LOCAL RULES AND STANDING ORDER** <br><br> Re: Dkt. No. 136 |

**TO PLAINTIFF LEONA MARINO, DEFENDANTS CACAFE, INC., JANE ZHENG, TED CHAO; COSTCO WHOLESALE CORPORATION, CLUB DEMONSTRATION SERVICES, INC., AND THEIR RESPECTIVE COUNSEL OF RECORD**:

**YOU ARE EACH HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of $250.00 per party for the following violations of the Local Rules and this Court's Standing Order In Civil Cases:

(1) filing of multiple joint discovery letters on currently pending disputes (see Standing Order in Civil Cases ¶ 8(b));

(2) failure to confirm that the parties met and conferred in person (*id.*); and

(3) filing of a joint letter brief with footnotes that do not comply with Civil Local Rule 3-4(c)(2).

While the joint discovery letter nominally was submitted only by plaintiff Marino and defendant CACafe, and document requests were propounded by CACafe, Inc., the dispute concerns document requests and requests for admissions as to each and every defendant.

A compliance hearing date on this Order to Show Cause will be set for **Friday, March 23, 2018,** on the Court's **9:01a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By no later than **Friday, March 16, 2018**, defendants and their counsel shall file a written response to this Order to Show Cause. If the Court is satisfied with the response, it will vacate the compliance hearing date. Otherwise, the Court will set this matter for hearing requiring the

personal appearance of lead trial counsel on a date to be noticed. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a timely written response will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

Counsel are cautioned that future similar violations may result in increased sanction amounts.

**IT IS SO ORDERED**.

Dated: March 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**